# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| Plaintiff : | CRIMINAL ACTION |
| : | |
| v. : | |
| : | NO. 05-599 |
| RODERICK PAVON SUTTON, : | |
| Defendant : | |

## O R D E R

**AND NOW**, this 8th day of March, 2010, upon consideration of Defendant's pro se Section 2255 motion to vacate, set aside, or correct sentence by a person in federal custody (Document # 105) and the government's response thereto (Document #107), it is hereby **ORDERED** that the Motion is **DENIED.**

BY THE COURT:


    /s/ Lawrence F. Stengel
    LAWRENCE F. STENGEL, J.